[PRACTICE.]

## BROWDER v. M'ARTHUR.

This Court will not grant a rehearing in an equity cause, after it has been remitted to the Court below to carry into effect the decree of this Court, according to its mandate.

Feb. 21st.

Mr. *Doddridge*, for the appellant, Browder, moved for a rehearing in this cause, which is the same case that was determined at the last term, and remitted to the Court below to carry into effect the decree of this Court.[a] It was now again brought before this Court, upon an appeal from the decree of the Court below, entered according to the mandate from this Court. The appellant's counsel now moved for a rehearing upon the merits.

The COURT denied the motion, being of opinion that it was too late to grant a rehearing in a cause after it had been remitted to the Court below, to carry into effect the decree of this Court, according to its mandate ; and that a subsequent appeal from the Circuit Court, for supposed error in carrying into

a S. C. 6 *Wheat. Rep.*
b He cited 2 *Madd. Chan.* 390.   3 *P. Wms.* 8.   2 *Atk.* 439.

effect such mandate, brought up only the proceedings subsequent to the mandate, and did not authorize an inquiry into the merits of the original decree.

Motion denied.